IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TOMMY C. COVINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:11-cv-0026-MEF |
| ) | |
| ZIMMER HOLDINGS, INC., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the defendant's Unopposed Motion for Extension of Time to File and Serve Responsive Pleading (Doc. #7) filed on February 2, 2011, it is hereby

ORDERED that the motion is GRANTED to and including March 10, 2011.

DONE this the 3rd day of February, 2011.

                                                  /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE